**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Earl Tyrone PITTMAN, Defendant–Appellant.**

No. 08–10610
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2008.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Earl Tyrone Pittman, Coleman, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Jerry N. Cadle, appointed counsel for Earl Tyrone Pittman in this direct criminal appeal, moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). This court denied that motion and required counsel to supplement the record with transcripts and either renew his motion under *Anders* or file a merits brief. Appellant has moved for permission to file a pro se brief, which the court hereby grants.

We have now carefully reviewed the supplemental record material, appellant's pro se brief, and counsel's renewed motion to withdraw for want of arguable appellate issues.

Our review confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and Pittman's conviction and sentence are AFFIRMED.